IN THE MATTER OF THE PROPOSED DELETION OF DCR 910. On order of the Court, notice is hereby given that the Supreme Court proposes to repeal DCR 910.

A copy of this order shall be given to the Secretary of the State Bar of Michigan and to the Court Administrator and any comments with reference to the proposed repeal of DCR 910 may be forwarded to the Chief Justice or Michigan Supreme Court Director of Legal Services within 60 days from the publication of this order.